# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

JOHN B. TERRELL                                                                                    PLAINTIFF

VS.                                                            CIVIL ACTION NO. 2:08cv94-KS-MTP

MEDICAL DEPARTMENT, et al.                                                           DEFENDANTS

## ORDER

THIS MATTER is before the court upon a Motion for Discovery [41] filed by Plaintiff. Although it is less than clear, it appears that Plaintiff is requesting the court to order Defendants to produce to him a copy of the actual x-rays taken of him at SMCI. Copies of the x-ray reports have apparently already been provided to Plaintiff by Defendants, along with other medical records. As Plaintiff is already in possession of the x-ray reports, the court agrees with Defendants that little or no purpose would be served by requiring them to provide Plaintiff with copies of the actual x-rays.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Discovery [41] is denied.

SO ORDERED AND ADJUDGED this the 20th day of August, 2009.

                                                  s/ Michael T. Parker
                                                  United States Magistrate Judge